## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**JEFFRY L. SANFORD**

**VERSUS**

**JOSHUA KIRST, HERBERT ALLEN,**
**and the CITY OF BATON ROUGE**

**CIVIL ACTION**

**NO. 21-347-JWD-RLB**

### RULING AND ORDER ON PLAINTIFFS' MOTION FOR JUDICIAL NOTICE PURSUANT TO RULE 201 OF FEDERAL RULES OF EVIDENCE (DOC. 56)

Before the Court is a *Motion for Judicial Notice Pursuant to Rule 201 of Federal Rules of Evidence* (Doc. 56), filed by Plaintiff, Jeffery L. Sanford. In his *Motion*, Plaintiff moves that this Court issue "an order of judicial notice establishing the fact that supervisory level Baton Rouge City and Police Department officials allowed constitutional violations by Baton Rouge Police Department to continue with their knowledge and consent until caught red-handed in the media." The Court denies Plaintiff's *Motion*. Plaintiff is not asking the Court to consider these items (links to statements of the mayor, police chief, and others at a City Council meeting and news accounts regarding revelations about the "Brave Cave") as newly discovered evidence in support of his *Motion for Reconsideration* (Doc. 43). Rather, Plaintiff is asking the Court, based on these out of court statements and accounts, to issue an order "establishing" that Baton Rouge and its Police Department committed constitutional violations in an unrelated matter.

Under Federal Rule of Evidence Rule 201, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "The usual method of establishing adjudicative facts is through the introduction of evidence, ordinarily consisting of the testimony of witnesses.

If particular facts are outside the area of reasonable controversy, this process is dispensed with as unnecessary. A high degree of indisputability is the essential prerequisite." *Id.*, advisory committee notes to 1972 proposed rules. "The policy that supports the high standard is preservation of the Sixth and Seventh Amendment rights to trial by jury." 21B Kenneth W. Graham, Jr., *Federal Practice and Procedure (Wright & Miller)* § 5104 (2d ed. 2021).

> [T]he Advisory Committee sought to preserve the legitimacy of the adversary system by keeping the jury from finding facts contrary to conventional wisdom or scientific "truth." But the power to keep the jury from going astray could easily be used to lead them by the nose without the restrictions that normally apply to directed verdicts. To deter this, the Committee raised the level of indisputability to approach that which applies to taking a factual question from the jury by other means. State drafters espoused a similar policy. Even a few courts have come to appreciate that Rule 201(b) requires a "cautious approach" to judicial notice; the fact must be one that only an unreasonable person would insist on disputing.

*Id.* "Perhaps the best gloss on the Rule says that it requires 'verifiable certainty.' " *Id.* "In other words, the judge should notice a fact only when certain that a reviewing court will have same sense of common knowledge or will be able to see from the record that source consulted could not be reasonably disputed." *Id.*

Even if the statements proffered met the Rule 201 standard (and they do not), they are merely the opinions of those voicing them. Furthermore, even if true, there is a question regarding the relevance of these statements to the specific facts and circumstances of Plaintiff's case. Under these circumstances, the relief sought is something the Court cannot grant in this case.

Accordingly,

**IT IS ORDERED** that *Motion for Judicial Notice Pursuant to Rule 201 of Federal Rules of Evidence* (Doc. 56), filed by Plaintiff, Jeffery L. Sanford is **DENIED.**

Signed in Baton Rouge, Louisiana, on <u>December 19, 2023</u>.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**